June 26, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

RAHUL K. NATH, M.D., Appellant

NO. 14-11-00127-CV                     V.

BAYLOR COLLEGE OF MEDICINE, Appellee

_____

This court today issued a substitute opinion. We order this court's former judgment of May 3, 2012 be vacated, set aside, and annulled. We further order this court's opinion of May 3, 2012 withdrawn. We deny appellant RAHUL K. NATH M.D.'s motion for rehearing.

This cause, an appeal in favor of appellee, BAYLOR COLLEGE OF MEDICINE, signed November 19, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, RAHUL K. NATH, M.D., to pay all costs incurred in this appeal. We further order this decision certified below for observance.